UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Emmanuel Brunston,

                Plaintiff(s),

     -against-

The City of New York, et al.,

                Defendant(s).
------------------------------------x

16 Civ. 7279 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020

New York, New York