```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| EMMANUEL BRUNTSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | No. 16-CV-7279 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On March 13, 2020, Defendants provided a status update to the Court, indicating that Plaintiff had been released from custody and that Plaintiff wished to continue to pursue his claims. (See dkt. no. 34 at 1-2.) Since that update, however, nothing has been filed to the docket. Accordingly, Plaintiff and counsel shall confer and inform the Court by letter no later than April 16, 2021 of the status of the action. Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.

**SO ORDERED.**

Dated:    March 26, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1