UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL BRUNTSON,<br><br>                Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                Defendants. | No. 16-CV-7279 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    By order dated March 2, 2020, the Court ordered Plaintiff and counsel to confer and inform the Court, no later than March 13, 2020, of the status of the action. (See dkt. no. 32.) Following receipt of Plaintiff's change of address notification (dkt. no. 33), the March 2 order was re-sent to Plaintiff at his new address.

    By letter dated March 13, 2020, counsel informed the Court that Plaintiff still wished to pursue his claim. (See dkt. no. 34.)

    Because there was no action during the following year, on March 26, 2021, the Court ordered Plaintiff and counsel to confer and inform the Court of the status of the case. (See dkt. no. 35.) The order also warned that "[f]ailure to do so may result in dismissal of the case, without prejudice, for failure to prosecute." (Id. at 1.)

1

By letter dated April 16, 2021, counsel informed the Court that he had not heard from Plaintiff and had "repeatedly attempted to reach plaintiff at his last known telephone number, but the number appears to be disconnected."  (Dkt. no. 36 at 1.)

Accordingly, the action is dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:     April 21, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge